HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MIGUEL LOPEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MIGUEL LOPEZ, JR. <br><br> Defendant. | Case No. 6:15-mj-00094-MJS <br><br> **MOTION TO CONTINUE JANUARY 17, 2017 REVIEW HEARING; ORDER** <br><br> Honorable Michael J. Seng <br> Date:   January 24, 2017 <br> Time:   10:00 a.m. |

Defendant Miguel Lopez, Jr., by and through his attorney of record, Assistant Federal Defender Reed Grantham, hereby requests that the review hearing currently scheduled for January 17, 2017, may be continued to January 24, 2017, at 10:00 a.m.

Mr. Lopez is requesting a continuance to a date when this Court will be holding its criminal calendar, specifically January 24, 2017. Additionally, the government and the defense are in communication regarding vacating Mr. Lopez's review hearing and additional time is required. This request is made with the intention of conserving time and resources for both parties and the Court.

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 13, 2017

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Counsel for Defendant
MIGUEL LOPEZ, JR.

# **O R D E R**

For the reasons set forth above, the review hearing, in case number 6:15-mj-00094-MJS, currently scheduled for January 17, 2017, is hereby continued to January 24, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 17, 2017          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE