Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241



FILED

JAN 24 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 6:15-mj-094-MJS |
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| MIGUEL LOPEZ, JR, | |
| Defendant. | |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties, I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned defendant Miguel LOPEZ, Jr. has failed to obey all laws, and has failed to notify the Court or legal office of new law violations.

As the legal officer, I am aware that, Miguel LOPEZ, Jr. was charged with operating a vehicle while his license was suspended or revoked, in violation of Title 36

Code of Federal Regulations §4.2(b) incorporating California Vehicle Code §14601.1(a); driving a vehicle during darkness with less than two tail lamps, in violation of Title 36 Code of Federal Regulations §4.2(b) incorporating California Vehicle Code §24600(b); and failing to obey a traffic control device while moving, in violation of Title 36 Code of Federal Regulations §4.12. On April 6, 2016, LOPEZ plead guilty to the charge of operating a vehicle while his license was suspended or revoked.  He was sentenced to 24 months of unsupervised probation, with the conditions he serve 60 days in custody commencing February 1, 2017, pay a $300 fine within the first 10 months of probation, attend Alcoholics Anonymous meetings 2 times per week for the first twelve months, complete 30 hours of community service, obey all laws, and report all new law violations. The government alleges LOPEZ has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:    FAILURE TO OBEY ALL LAWS

LOPEZ was ordered to obey all laws. On April 16, 2016, LOPEZ was arrested in Stockton, CA, for violation of the California Vehicle Codes §20001(A) Felony Hit and Run and §14601.1(A) Driving While License Suspended.  LOPEZ was sentenced to 20 days in custody.

CHARGE TWO:    FAILURE TO REPORT NEW VIOLATION

LOPEZ was ordered to report any new violations or law enforcement contact within seven days of the incident. LOPEZ did not report the April 16, 2016 arrest or subsequent conviction and sentence to the Court or the Yosemite Legal Office. The Yosemite Legal Office learned of the arrest and sentence by reviewing a criminal history report in preparation for the scheduled review hearing.

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

__1/24/17__
Date

__[signature]__
Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

__1/24/17__
Date

__[signature]__
Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California