HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MIGUEL LOPEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:15-mj-00094-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO VACATE BRIEFING SCHEDULE, SUSPEND CUSTODY TIME, MODIFY CONDITIONS OF PROBATION, AND SET REVIEW HEARING; ORDER** |
| vs. | ) |
| MIGUEL LOPEZ, JR., | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Miguel Lopez, Jr., that the briefing schedule that was set at the March 8, 2017 contested hearing be vacated, that the 60 day suspended custody sentence in this case be further suspended until March 30, 2018, that the conditions of probation be modified to include an additional 50 hours of community service, and that a review hearing be set in this case for March 6, 2018.

On April 6, 2016, the Court sentenced Mr. Lopez to 24 months of unsupervised probation, with the conditions that he obey all laws, advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law, pay a $290.00 fine, pay a $10 special assessment, complete 30 hours of community service, and attend Alcoholics Anonymous ("AA") meetings twice weekly for a period of 12 months beginning May 1, 2016. In

addition, the Court sentenced Mr. Lopez to 60 days of suspended custody, with a surrender date of February 1, 2017. However, the Court noted that if Mr. Lopez was in compliance with the terms and conditions of his probation, his sentence may be suspended or vacated. Mr. Lopez's term of unsupervised probation will expire on April 6, 2018.

On January 25, 2017, the government filed an Affidavit of Alleged Probation Violation alleging that Mr. Lopez was in violation of the terms and conditions of unsupervised probation because he failed to obey all laws during the probationary period (Charge 1) and because he failed to report this new law violation (Charge 2). On January 31, 2017, a review hearing was held. At that hearing, Mr. Lopez denied the allegations in the government's Affidavit, and the matter was set for a contested hearing on March 8, 2017. At that hearing, the Court requested additional briefing and a briefing schedule was set. Mr. Lopez's 60 day suspended custody sentence was suspended indefinitely, pending the outcome of the Court's ruling on the alleged probation violation.

Since the March 8, 2017 contested hearing, the parties have been in discussions on how to resolve this matter. Accordingly, the parties hereby stipulate to the following:

- That the current briefing schedule be vacated.
- That the 60 day suspended custody sentence be further suspended until March 30, 2018. At that time, if Mr. Lopez has remained in compliance with the terms and conditions of his probation, defense counsel may move to vacate the custody sentence.
- That the current terms and conditions of Mr. Lopez's unsupervised probation be modified to include an additional 50 hours of community service. Proof of which must be provided before or at the final review hearing in this case.
- That a final review hearing be set in this matter for March 6, 2018.

In addition to the above, though not subject to this stipulation, the government will agree to dismiss Charge 1 of the January 25, 2017 Affidavit of Alleged Probation Violation. Charge 2 will not be dismissed at this time, and an admission will not be entered at this time. Charge 2 of the Affidavit will remain on file. If, at the end of the probationary period, there are no violations

and Mr. Lopez has satisfied the terms and conditions of his unsupervised probation, the government will dismiss Charge 2 of the Affidavit. If, however, there are any violations, the government may choose to proceed on both the new violation and Charge 2.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 30, 2017          /s/ Susan St. Vincent
                              Susan St. Vincent
                              Yosemite Legal Officer
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender


Date: March 30, 2017          /s/ Reed Grantham
                              REED GRANTHAM
                              Assistant Federal Defender
                              Attorney for Defendant
                              MIGUEL LOPEZ, JR.

**O R D E R**

The Court hereby grants the parties' request to vacate the current briefing schedule, to further suspend the 60 day custodial sentence until March 30, 2018, to modify the terms and conditions of Mr. Lopez's unsupervised probation to include an additional 50 hours of community service, and to set a review hearing for March 6, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  April 1, 2017                      /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE

Lopez: Stipulation