HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MIGUEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-00094-MJS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO VACATE MARCH 6, 2018 REVIEW HEARING AND NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION; ORDER** |
| vs. | ) | |
| MIGUEL LOPEZ, JR., | ) | |
| Defendant. | ) | |

Defendant Miguel Lopez, Jr. hereby requests that the Court vacate the March 6, 2018 review hearing and permanently suspends the 60-day custody sentence. The Government is in agreement with the request and moves to withdraw Charge Two of the Affidavit of Alleged Probation Violations.

On April 4, 2016, the Court sentenced Mr. Lopez to twenty-four months of unsupervised probation and 60 days of custody with a report date of February 1, 2017. The custody time could be suspended or postponed if Mr. Lopez was in full compliance with the terms of his probation. Those terms were as follows: (1) pay a fine of $300 within the first ten months of probation; (2) 30 hours of community service to be completed within the first ten months of probation; (3) attend AA twice a week for twelve months; and (4) obey all laws and report any violations within 7 days of the incident.

On January 25, 2017, the Government filed an Affidavit of Alleged Probation Violations

alleging that Mr. Lopez had a new violation of law and had failed to report the violation. On January 31, 2017, Mr. Lopez appeared on the alleged probation violations and a contested hearing was set for March 8, 2017. At the contested hearing, the Court set a briefing schedule to address Mr. Lopez's arguments. In lieu of briefing the matter, the parties reached a joint resolution. They agreed to the following: (1) the briefing schedule be vacated; (2) the 60 days suspended custody time be further suspended until March 30, 2018, at which point defense counsel may move to vacate the custody time if Mr. Lopez is in full compliance with the terms of his probation; and (3) the terms of his probation be modified to include an additional 50 hours of community service. A final review hearing was set for March 6, 2018.

Mr. Lopez has attended 139 AA meetings, he has completed 80 hours of community service, and he has paid off the $300 fine. Furthermore, he has had no new violations of law since he started probation. Accordingly, Mr. Lopez requests that the March 6, 2018 review hearing be vacated, and the 60-day custody sentence be permanently suspended. Additionally, the Government withdraws Charge 2 of the Affidavit of Alleged Probation Violations.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: March 1, 2018           /s/ *Susan St. Vincent*
                               SUSAN ST. VINCENT
                               Yosemite Legal Officer
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender

Date: March 1, 2018            */s/ Hope Alley*
                               HOPE ALLEY
                               Assistant Federal Defender
                               Attorney for Defendant
                               MIGUEL LOPEZ, JR.

**O R D E R**

Based on the parties' joint representation that Mr. Lopez is in compliance with the conditions of his probation, Charge 2 of the Affidavit of Alleged Probation Violations in *United States v. Lopez*, 6:15-mj-00094-MJS is retracted, the March 6, 2018 review hearing is vacated and the 60-day custody sentence is permanently suspended.

IT IS SO ORDERED.

Dated: March 1, 2018       /s/ *Michael J. Seng*
                          UNITED STATES MAGISTRATE JUDGE